UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARILYN D. POWELL AND HEIRS, MATTIE AMOS AND HEIRS, AND RUSSELL C. AMOS<br><br>Plaintiffs/Appellants,<br><br>v.<br><br>M&N RESOURCES, PIERCE DALTON NUNLEY, SUSAN MOODY NUNLEY, JOHN D. MOODY, LESTER JOEY DUREL, ROBERT "SKIP" SUTTER, IP PROPERTIES, ATTORNEY LARYSSA KORDUBA, MELANIE RICHARD, AND CAROL LOUIS<br><br>Defendants/Appellees. | § § § § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. H-07-2679 |

## MEMORANDUM AND ORDER

On September 28, 2007, Appellants filed a Motion for Default Judgment, Doc. No. 15, alleging that "none of the defendants [have] filed a response to plaintiff's Appeal." Pursuant to FED. R. CIV. P. 58(a), this appeal was dismissed with prejudice on September 24, 2007. Appellants' request for default judgment is therefore moot.

IT IS SO ORDERED.

SIGNED at Houston, Texas, on this the 1st day of October, 2007.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE